IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GARY HAYWOOD
ADC# 122542                                                                                    PETITIONER

VS.                             5:12CV00030 DPM/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                       RESPONDENT

## ORDER

Respondent has filed a Motion (docket entry #10) requesting permission to file his Sur-Reply under seal because it contains Petitioner's ADC mental-health treatment records

For good cause shown, the Court will grant Respondent's Motion and direct the Clerk to file the Sur-Reply under seal. Respondent's counsel shall serve a copy of his Sur-Reply on Petitioner's counsel.

IT IS THEREFORE ORDERED THAT Respondent's Motion for Leave to File Sur-Reply Under Seal (docket entry #10) is GRANTED.

Dated this 12th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE