# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**GARY HAYWOOD**                                              **PLAINTIFF**

v.                          **No. 5:12-cv-30-DPM-JTR**

**RAY HOBBS, Director, ADC**                                 **DEFENDANT**

### ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Disposition, № 13. Haywood has not objected. After reviewing for clear errors of fact on the face of the record, Fed. R. Civ. P. 72(b) (Advisory Committee Notes to 1983 Addition), and for legal error, the Court adopts the recommendation in full. Haywood's petition for writ of habeas corpus is dismissed with prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

23 January 2014