## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**GARY HAYWOOD**                                            **PLAINTIFF**

v.                              **No. 5:12-cv-30-DPM**

**RAY HOBBS, Director, ADC**                               **DEFENDANT**

### JUDGMENT

This case is dismissed with prejudice.  A certificate of appealability will not issue because Haywood has not made a substantial showing of the violation of any right.

_____
D.P. Marshall Jr.
United States District Judge

23 January 2014